FILED

2003 OCT 24  A 9:49

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

------------------------------------------------------x

RONNELL HIGGINS,

        Plaintiff                              NO.: 3:02 CV 1863(DJS)

V.

JOHN RAPPAPORT AND
JOHN GERARD HAMMOND

        Defendants                          OCTOBER 23, 2003

------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

The defendant, JOHN GERARD HAMMOND, in the above captioned matter, pursuant to Fed. Rule Civil Procedure 6(b) and local rule 7(b), hereby moves that the court extend the time to October 29, 2003 within which the parties in this case may jointly prepare and file the Joint Trial Memorandum. Plaintiff's counsel, Attorney Martyn Philpot, is engaged in trial in state court and the parties, despite diligent effort, require additional time to prepare this memorandum jointly. Attorney Philpot consents to the filing of this motion. This is the first extension filed regarding the Trial Memorandum.

-2-

Additionally, counsel requests a pretrial in this matter on November 3, 2003 in the afternoon.

THE DEFENDANT
JOHN GERARD HAMMOND

By_____
Frederick L. Murolo
Federal Bar No: ct 01562
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000

-3-

## CERTIFICATION

I hereby certify that on October 23, 2003, a copy of the foregoing was mailed, postage prepaid, to:

W. Martyn Philpot, Jr., Esquire
Law Office of W. Martyn Philpot, Jr.
409 Orange Street
New Haven, CT 06511-6406

and a bench copy to:

Honorable Dominic J. Squatrito
U.S. District Court
450 Main Street
Hartford, CT 06103

Frederick L. Murolo
Federal Bar No: ct 01562
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000

\\fp\nuzzo\wp\403001\799\dlm10 met.doc