## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RONNELL HIGGINS               :
    Plaintiff

    v.                           : CIVIL NO.: 3:02cv1863(DJS)

JOHN RAPPAPORT, ET AL      :
    Defendants

### ORDER

The Defendant's Motion for Extension of Time to file their joint trial memorandum and continue the pretrial conference (Doc. #34) is hereby **GRANTED.**  The parties shall file their joint trial memorandum by **October 29, 2003.**   The pretrial conference shall be held on **November 3, 2003 at 1:30 p.m.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   28th   day of October, 2003.


                           /s/DJS
                           Dominic J. Squatrito
                           United States District Judge