IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED
Nov 10  3 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------x
RONNELL HIGGINS                :    3:02CV1863(JGM)

v.                             :

JOHN GERARD HAMMOND            :    NOVEMBER 10, 2003
                               :
-----------------------------------------------x

### ORDER

On November 3, 2003, Judge Dominic J. Squatrito, transferred by consent, Ronnell Higgins v. John Gerard Hammond to this Magistrate Judge. (See Dkt. #41). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 10th day of November, 2003.

Joan G. Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)