UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------------x

RONNELL HIGGINS,

       Plaintiff

V.

JOHN RAPPAPORT AND
JOHN GERARD HAMMOND

       Defendants

------------------------------------------------------x

NO.: 3:02 CV 1863(JGM)

OCTOBER 29, 2003

## DEFENDANT'S MOTION IN LIMINE RE: EXPERT TESTIMONY

The defendant, JOHN GERARD HAMMOND, hereby moves to preclude the testimony of any expert witness proffered by the plaintiff, to include Peter Jokl, M.D. and Dorothy Van Rhijn, M.D., on the basis that no such expert witness has been disclosed pursuant to the Order Regarding Case Management Plan as well as Federal Rules of Civil Procedure 26(2) et seq. The reasons for said motion are set forth more fully in the accompanying memorandum of law.

11/13/03 — Denied without prejudice as moot.