UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RONNELL HIGGINS * | |
|     *Plaintiff* * | |
| * | CIVIL NO. 3:02CV1863 (DJS) |
| VS * | |
| * | |
| JOHN RAPPAPORT, ET AL * | |
|     *Defendants* * | FEBRUARY 13, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, it is hereby Stipulated and Agreed, by and between the undersigned attorneys for the parties herein, that this action is dismissed with prejudice.

PLAINTIFF, RONNELL HIGGINS                DEFENDANT, JOHN GERARD
                                                                                   HAMMOND.

BY: _____                        BY: _____
W. Martyn Philpot, Jr.                                    Frederick L. Murolo, Esq.
Law Office of                                                   Nuzzo & Roberts, LLC
W. Martyn Philpot, Jr., LLC                           One Town Center
409 Orange Street                                           P.O. Box 747
New Haven, CT 06511                                 Cheshire, CT 06410
Tel. No. (203) 624-4666                                Tel. No. (203) 250-2000
Fed. Bar. No. ct05747                                   Federal Bar No. ct01562
His Attorneys                                                   His Attorneys

*Employ\HIGGINS.stp*