45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RONNELL HIGGINS            *
    *Plaintiff*         *
                          * CIVIL NO. 3:02CV1863 (DJS)
VS                        *
                          *    JGM-RNC
JOHN RAPPAPORT, ET AL     *
    *Defendants*    * FEBRUARY 13, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, it is hereby Stipulated and Agreed, by and between the undersigned attorneys for the parties herein, that this action is dismissed with prejudice.

PLAINTIFF, RONNELL HIGGINS

BY: _____
W. Martyn Philpot, Jr.
Law Office of
W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT 06511
Tel. No. (203) 624-4666
Fed. Bar. No. ct05747
His Attorneys

DEFENDANT, JOHN GERARD HAMMOND.

BY: _____
Frederick L. Murolo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
Tel. No. (203) 250-2000
Federal Bar No. ct01562
His Attorneys

**ORDERED ACCORDINGLY**
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk